IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSETTA DIXON                                                                                   PLAINTIFF

v.                                            3:06CV00008-WRW

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                            DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and hereby is, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of March, 2007.


                                                            /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE